UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FELICIA GRAUEL,

    Plaintiff,

v.                                                CASE NO. 8:16-cv-2000-T-23AEP

FEDERAL EXPRESS, et al.,

    Defendant.
_____/

## **ORDER**

A report (Doc. 7) recommends denying Felicia Grauel's motion (Doc. 2) to proceed *in form*a *pauperis* and recommends dismissing Grauel's complaint (Doc. 6) for failing to allege proper venue. The plaintiff fails to object. The report and recommendation is **ADOPTED IN PART**, the motion to proceed *in forma pauperis* is **DENIED**, and the action is **DISMISSED FOR IMPROPER VENUE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on October 4, 2016.

                                                    STEVEN D. MERRYDAY
                                                    UNITED STATES DISTRICT JUDGE